ANDRÉ BIROTTE JR.
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division
VALERIE L. MAKAREWICZ
Assistant United States Attorney
California Bar Number 229637
    Federal Building, Suite 7211
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-2729
    Facsimile: (213) 894-0115
    E-mail: Valerie.makarewicz@usdoj.gov
Attorneys for United States of America

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| PROVIDIAN HOLDINGS, INC., <br><br> Petitioner, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Respondent. | Case No. ED CV 13-02036 VAP (SPx) <br><br> ORDER GRANTING STIPULATION BETWEEN PLAINTIFF AND DEFENDANT TO DISMISS PETITION TO QUASH SUMMONS ON THE GROUNDS OF MOOTNESS |

1

Based on the stipulation filed by the parties in this action, and for good cause appearing, it is hereby ordered that:

1. The Petition to Quash Summons, filed on November 7, 2013, is dismissed without prejudice on the grounds of mootness, as the underlying administrative summons, issued on October 22, 2013 by the Internal Revenue Service, has been withdrawn.
2. As between Plaintiff and Defendant United States of America, each party shall bear its own costs and attorney's fees in connection with this proceeding.

**IT IS SO ORDERED.**

DATED: December 11, 2013

VIRGINIA A. PHILLIPS
United States District Judge

Respectfully submitted,

ANDRÉ BIROTTE JR.
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division


_____/S/_____
VALERIE L. MAKAREWICZ
Assistant United States Attorney

2